United States District Court
Southern District of Texas
**ENTERED**
September 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESUS MEDINA, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:23-cv-02351 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| LIFEMD INC d/b/a REX MD, | § | |
| Defendant. | § | |

## ORDER

Plaintiff Jesus Medina has provided notice of settlement of his claims against Defendant LifeMD Inc d/b/a REX MD. Dkt 14.

All claims by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on September 28, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge